## RICHARD E. ROBERTS, JR.
274th Judicial District - Official Reporter
P. O. Box 311905
New Braunfels, Texas 78131-1905

| Facsimile | New Braunfels/San Antonio | 1-888-GET-DEPO |
| (830) 885-4634 | (830) 228-4634 | (888-438-3376) |

August 16, 2015

## NOTIFICATION OF LATE RECORD

Third Court of Appeals No. 03-15-00409-CV
Trial Court Cause No. 12-0361
Susan England
v.
Janice Kolbe as Guardian of the Estate of Edna Moon
Location: Hays County, Texas
Trial Court No.: 274th Judicial District

I am the Official responsible for preparing the Reporter's Record in the above-referenced appeal. The Reporter's Record is approximately 900 pages and was due on July 31, 2015. I have completed 550 pages to date.

I am unable to file the record by the date such record is due because I just last week prepared and filed Jeffrey Ryan Moore v. State of Texas, Third Court No. 03-15-00338-CR. I would respectfully request an extension of time to September 15, 2015 to complete and file the Reporter's Record in this case.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been faxed to the parties to the judgment or order being appealed.

Signature _____

Richard E. Roberts, Jr.
Court Reporter, 274th Judicial District

cc: Mr. Junkin
    Ms. Bascon